**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-7323**

_____

RONALD MCCLARY,

Plaintiff - Appellant,

v.

LIEUTENANT CROSSON; OFFICER WILLIAMS; OFFICER HICKS; OFFICER WALLS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:15-ct-03259-D)

_____

Submitted:  February 22, 2018                    Decided:  February 28, 2018

_____

Before WILKINSON, DUNCAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald McClary, Appellant Pro Se.  Vanessa N. Totten, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClary v. Crosson*, No. 5:15-ct-03259-D (E.D.N.C. Sept. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*